UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GEORGE GREGG**,

       Plaintiff,

v.

**SIMON BROTHERS, INC. and
GEORGE R. SIMON**,

       Defendants.

_____/

Case No.:  1:19-cv-00513-RJJ-PJG

Hon. Robert J. Jonker
Mag. Judge Phillip J. Green

## JOINT MOTION TO APPROVE SETTLEMENT

Plaintiff, George Gregg and Defendants, Simon Brothers Inc., and George R. Simon, (collectively the "Parties") have reached a settlement in this lawsuit. Accordingly, the Parties file this Joint Motion to Approve Settlement and jointly ask the Court to enter a final order approving the settlement of this action pursuant to 29 U.S.C. §216(b) of the Fair Labor Standards Act ("FLSA"), including an incentive award for the named Plaintiff, and an award of Plaintiff's attorneys' fees and costs according to the terms of the settlement agreement reached between the Parties. This motion is based on all the records and proceedings herein, and is supported by the corresponding brief.

WHEREFORE, Plaintiffs and Defendants respectfully move this Court for entry of an Order (i) **GRANTING** this Motion; (ii) **APPROVING** the settlement of this matter; and (iii) DISMISSING this action in its entirety with prejudice and without further costs and fees.

Dated: October 15, 2020                                              Respectfully Submitted,

/s/ *Michael N. Hanna*                                               /s/ *David J. Houston*
MICHAEL N. HANNA (P81463)                                            DAVID J. HOUSTON (P30448)
MORGAN & MORGAN, P.A.                                                FRASER TRIBILCOCK DAVIS
2000 Town Center, Suite 1900                                         & DUNLAP, P.C.
Southfield, MI 48075                                                 124 W. Allegan, Suite 1000
(313) 739-1950                                                       Lansing, MI  48933
mhanna@forthepeople.com                                              (517) 482-5800
                                                                     dhouston@fraserlawfirm.com
*Attorneys for Plaintiff*
                                                                     *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 15, 2020, the foregoing document was filed using the CM/ECF system, which will send notice of same to all counsel of record.

                                                   /s/ *Michael N. Hanna*
                                                   Michael N. Hanna (P81462)
                                                   Attorney for Plaintiff