UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE GREGG,

    Plaintiff,

CASE NO. 1:19-CV-513

v.

HON. ROBERT J. JONKER

SIMON BROTHERS, INC. And
GEORGE R. SIMON,

    Defendants.
_____/

**ORDER APPROVING SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE**

The matter before the Court is the parties' Joint Motion to Approve Settlement (ECF No. 53). As interpreted by the Supreme Court, the Fair Labor Standards Act (FLSA), 29 U.S.C. §§ 201-19 (2000), permits parties in certain FLSA cases to resolve a disputed claim through a settlement agreement approved as fair and reasonable by a district court. *D.A. Schulte, Inc. v. Gangi*, 328 U.S. 108 (1946); *Brooklyn Sav. Bank v. O'Neil*, 324 U.S. 697 (1945).

The Court having determined that the settlement proposed by the parties is a fair and reasonable resolution of a bona fide dispute, and the Court being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED** that the Settlement Agreement between the parties is approved.

**IT IS FURTHER ORDERED** that this matter be and is hereby dismissed with prejudice and without costs or attorney fees, except as provided for in the Settlement Agreement.

**IT IS SO ORDERED**.

Date:  October 19, 2020            /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                        CHIEF UNITED STATES DISTRICT JUDGE